UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE GREEN,<br><br>  Plaintiff,<br><br>v.<br><br>PARTS DISTRIBUTION XPRESS, INC., SAMUELS, INC., d/b/a BUY WISE AUTO PARTS, FREDERICK FRANKEL, and ROBERT SAMUELS,<br><br>  Defendants. | CIVIL ACTION NO.<br>09-cv-6129<br><br>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b) |

In accordance with Local Civil Rule 6.1(b), application is respectfully made for a Clerk's Order extending time within which Defendants, Parts Distribution Xpress, Inc. and Frederick Frankel, may answer, move, or otherwise reply to the Complaint filed by Plaintiff Wayne Green. In connection with such application, it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on January 14, 2009 via a Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d);

3. The time to answer, move or otherwise reply to the Complaint presently expires on February 7, 2010; and

4. The requested extension is for 15 days, until February 22, 2010.


DATED: February 4, 2010

GENOVA BURNS

_____
JAMES BUCCI, ESQ.
ALEXANDER L. D'JAMOOS, ESQ.
494 Broad Street
Newark, New Jersey 07102
TEL: (973) 533-0777
Attorneys for Defendants
Parts Distribution Xpress, Inc.
  and Frederick Frankel

1

## ORDER

The above application is ORDERED GRANTED extended to February 22, 2010.

ORDER DATED:_____          WILLIAM T. WALSH, Clerk

                                          By:_____
                                              Deputy Clerk